Noble W. Lee and John Marshall Law School, Appel-
lees, v. Ralph E. Morris et al., Defendants.
Interlocutory Appeal of Ralph E. Morris, Appellant.

Gen. No. 43,174.

556

Heard in the third division, first district, this court at the June term, 1944; opinion filed June 29, 1945; rehearing denied September 6, 1945; released for publication September 18, 1945. Max Luster and Julian Luster, for appellant; Noble W. Lee and Harry G. Fins, for appellees. Opinion by JUSTICE KILEY. Not to be published in full.